**Order entered May 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01285-CV

### JOHN COBB, Appellant

### V.

### CASA VALENCIA APTS., Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04566-C**

## ORDER

By postcard dated December 20, 2018, we directed the court reporter to file, within thirty days, the reporter's record or written verification no hearings were recorded or appellant had not requested the reporter's record. To date, the reporter has not responded.

Accordingly, we **ORDER** Janet Wright, Official Court Reporter of County Court at Law No. 3, to file, no later than May 20, 2019, either the reporter's record or the requested written verification. As the record reflects appellant filed a statement of inability to afford costs and nothing reflects the statement was contested, any record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145.

We caution appellant the appeal may be submitted without the reporter's record should the Court be notified the reporter's record has not been filed because appellant has not requested it. *See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/    BILL WHITEHILL
        JUSTICE